MARY WHITE *et al.*

*v.*

THE TOWN OF WEST CHICAGO.

*Filed at Ottawa November 23, 1896.*

The opinion in the case of *Culver* v. *People,* 161 Ill. 89, is decisive of this case, as the record and questions presented are the same.

WRIT OF ERROR to the County Court of Cook county; the Hon. FRANK SCALES, Judge, presiding.

GEORGE W. WILBUR, for plaintiffs in error.

Per CURIAM: The same record presented in this case has been before us on three occasions: *Culver* v. *People,* 161 Ill. 89, *Farrell* v. *Town of West Chicago,* 162 id. 280, and *Connor* v. *Town of West Chicago,* id. 287. In the *Culver case* it was decided that the ordinance upon the validity of which the judgment depended was without authority of law, and void by reason of a provision for dividing the special assessment into installments, with interest. That decision was adopted in the other cases and is equally conclusive in this.

.The judgment is reversed and the cause remanded.

*Reversed and remanded.*